# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 23, 2018

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Western Radio Services Company, Inc.
            v. John Allen, et al.
            No. 18-228
            (Your No. 16-35105)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 20, 2018 and placed on the docket August 23, 2018 as No. 18-228.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst